IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRITZNER DEVEAUX,
    Plaintiff,

v.                          Case No. 5:10cv257/MCR/EMT

MICHAEL J. ASTRUE,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

       This cause was initiated on September 24, 2010, by the filing of Plaintiff's complaint (Doc. 1), in which Plaintiff seeks review of Defendant's final administrative decision denying his claim for disability benefits.  Now before the court is Plaintiff's "Motion to Dismiss Complaint," in which Plaintiff certifies that Defendant has no objection (Doc. 19).

       Federal Rule of Civil Procedure 41(a)(1) provides that an action may be dismissed without an order of the court by filing: (i) a notice of dismissal before the adverse party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared in the action.  Rule 41(a)(2) provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

       In the instant case, Defendant has filed an answer (Doc. 11), and Plaintiff's motion to dismiss is not accompanied by a signed stipulation of dismissal; therefore, dismissal pursuant to Rule 41(a)(1) does not appear appropriate.  However, the court finds dismissal pursuant to Rule 41(a)(2) appropriate, as Plaintiff has indicated that he "does not think that it is in his best interest to pursue the claim after [his] review of the [Social Security Administration's certified] transcript," and Defendant has no objection to a court-ordered dismissal.

Accordingly, it is respectfully  **RECOMMENDED**:

1. That Plaintiff's Motion to Dismiss Complaint (Doc. 19) be **GRANTED** and this action be **DISMISSED**.

2. That the clerk of court be directed to close the file.

At Pensacola, Florida this 4th day of May 2011.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Any objections to these proposed recommendations must be filed within fourteen (14) days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**