IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRITZNER DEVEAUX,
    Plaintiff,

v.                                            Case No. 5:10cv257/MCR/EMT

MICHAEL J. ASTRUE,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 4, 2011 (Doc. 20).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's Motion to Dismiss Complaint (Doc. 19) is **GRANTED** and this action is **DISMISSED**.

    3.    The clerk of court is directed to close the file.

    **DONE AND ORDERED** this 6th day of June, 2011.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**